**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter  **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Safeplay by Design, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1401111** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **9666 Sheldon Road** **Elk Grove, CA 95624** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Sacramento** County | **Location of principal assets, if different from principal place of business** **9666 Sheldon Road Elk Grove, CA 95624** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Safeplay by Design, Inc.**                                    Case number *(if known)* _____
          Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor  **Safeplay by Design, Inc.**                          Case number (*if known*) _____
        Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Safeplay by Design, Inc.**        Case number (*if known*) _____
<br>Name

☐ $50,001 - $100,000      ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Safeplay by Design, Inc.**                     Case number (*if known*) _____
           Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2023**
                MM / DD / YYYY

**X** _____        **Sandra Jimenez**
      Signature of authorized representative of debtor         Printed name

Title    **Secretary**

**18. Signature of attorney**

**X** _____       Date   **March 22, 2023**
      Signature of attorney for debtor                         MM / DD / YYYY

**David A. Tilem**
Printed name

**Law Offices of David A. Tilem**
Firm name

**206 North Jackson Street, Ste. 201**
**Glendale, CA 91206**
Number, Street, City, State & ZIP Code

Contact phone   **818-507-6000**       Email address   **DavidTilem@TilemLaw.com**

**103825 CA**
Bar number and State

| Fill in this information to identify the case: |
|---|

Debtor name    **Safeplay by Design, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Declaration and signature |
|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate Resolution**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  6, 2023**              X _____
                                                 Signature of individual signing on behalf of debtor

                                              **Sandra Jimenez**
                                              Printed name

                                              **Secretary**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Safeplay by Design, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................... $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $ _____ **18.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $ _____ **18.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ _____ **0.00**

4.  **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b                                                                               $ _____ **0.00**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Safeplay by Design, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **F&M Bank** | **Checking** | **2601** | **$18.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**         **$18.00**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

Debtor    **Safeplay by Design, Inc.**                      Case number *(If known)* _____
          Name

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer Equipment** | **Unknown** | | **Unknown** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  | **$0.00** |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

---

Debtor   **Safeplay by Design, Inc.**        Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 47.1. | **Machinery and equipment: Triax 2015 (impact tester)** | Unknown | Unknown |
| 47.2. | **Floor Safe** | Unknown | Unknown |
| 47.3. | **Metal Detector** | Unknown | Unknown |
| 47.4. | **(2) Alpha Automation** | Unknown | Unknown |
| 47.5. | **Trailer** | Unknown | Unknown |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.      **$0.00**

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br>**Safeplay by Design**<br>**Website: www.spease.com**<br>**(916) 647-0912** | **$0.00** | | Unknown |

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

Debtor  **Safeplay by Design, Inc.**          Case number *(If known)* _____
Name

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**
      Add lines 60 through 65. Copy the total to line 89.

      | | |
      |---|---|
      | | **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:**   **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor **Safeplay by Design, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $18.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...............>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18.00 |

**Fill in this information to identify the case:**

Debtor name    **Safeplay by Design, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Safeplay by Design, Inc.**__

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Rodriguez**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __**See complaint**__

Basis for the claim:  __**Personal injury**__
     __**Andrew Rodriguez, a minor, by and through his Guardian ad Litem,**__
__**Estela Valencia.**__

Last 4 digits of account number  __**0208**__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anna Ramirez**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __**See complaint**__

Basis for the claim:  __**Personal injury**__

Last 4 digits of account number  __**0323**__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Antonette Gutierrez**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __**See complaint**__

Basis for the claim:  __**Personal injury**__

Last 4 digits of account number  __**0439**__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Safeplay by Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4**   Nonpriority creditor's name and mailing address

Carolina Contreras
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0666**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal injury**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**   Nonpriority creditor's name and mailing address

Clinton & Jessica McCartney
c/o Timothy J. Gonzales, Esq.
BROCK & GONZALES, LLP
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0576**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal injury**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**   Nonpriority creditor's name and mailing address

Cynthia Peters
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0125**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal injury**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**   Nonpriority creditor's name and mailing address

Dan Beard and Dorothy Beard
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0374**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal Injury**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8**   Nonpriority creditor's name and mailing address

Davina Razo
c/o Lee A. Cirsch, Esq.
BROCK & GONZALES, LLP
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0280**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal injury**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**   Nonpriority creditor's name and mailing address

Debbie Pourghassamians
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0128**

As of the petition filing date, the claim is: Check all that apply.     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal injury**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Safeplay by Design, Inc.**
_____
Name

Case number (if known) _____

---

**3.10** | Nonpriority creditor's name and mailing address
Eli Mendez Dominguez
c/o Tyrone J. Maho , Esq.
MAHO & PRENTICE, LLP
629 State Street, Suite 217
Santa Barbara, CA 93101

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0616**

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal injury**
  **Eli Mendez Dominguez:**
    **A minor by and through his guardian ad litem, Denise Dominguez.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address
Emriss Bundy
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0532**

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal injury**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address
Evanston Insurance Company
c/o Peter J Whalen, Esq.
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **LAAS**

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Declaratory relief case arising from an insurance coverage dispute under two insurance policies issued to Safeplay By Design, Inc. Debtor was recently dismissed from this action without prejudice.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address
Jennifer Huerta
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0062**

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal injury**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address
Jennifer Vela
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0205**

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal injury**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address
Jessica Aceves
c/o Lee A. Cirsch, Esq.
BROCK & GONZALES, LLP
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045

Date(s) debt was incurred **See complaint**
Last 4 digits of account number **0281**

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Personal injury**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Safeplay by Design, Inc.**        Case number (if known) _____
      Name

---

**3.16**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**Jessica Franzen and Kurtis Franzen**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** **Personal injury**

Date(s) debt was incurred **See complaint**

Last 4 digits of account number **0061**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**Jessica Gonzalez and Jesus Gonzalez**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** **Personal injury**

Date(s) debt was incurred **See complaint**

Last 4 digits of account number **0204**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**Joshua Dalrymple**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** **Personal injury**

Date(s) debt was incurred **See complaint**

Last 4 digits of account number **0322**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**Karlee Hayden**
**715 Taylor St**
**Taft, CA 93268**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Personal injury**

Date(s) debt was incurred **See complaint**

Last 4 digits of account number **0325**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Kriss Siciliano and Terry Siciliano**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** **Personal injury**

Date(s) debt was incurred **See complaint**

Last 4 digits of account number **0126**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**

**Monica Garcia**
**c/o Bradley S. Wallace, Esq.**
**THE WALLACE FIRM, PC.**
**16000 Ventura Blvd., Suite 440**
**Encino, CA 91436**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** **Personal injury**

Date(s) debt was incurred **See complaint**

Last 4 digits of account number **0296**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Safeplay by Design, Inc.**                          Case number (if known) _____
        _____
                    Name

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Nancy Dennis and Kevin Dennis**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _See complaint_

**Basis for the claim:** _Personal injury_

**Last 4 digits of account number** _0268_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Nicole Bravo**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _See complaint_

**Basis for the claim:** _Personal injury_

**Last 4 digits of account number** _0373_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Peter & Erin Brinkerhoff**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _See complaint_

**Basis for the claim:** _Personal injury_

**Last 4 digits of account number** _0710_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sophia Perez**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _See complaint_

**Basis for the claim:** _Personal injury_
_Sophia Perez:_
_A minor by and through her guardian ad litem, Beatriz Perez._

**Last 4 digits of account number** _0358_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Tara Rodman**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _See complaint_

**Basis for the claim:** _Personal injury_

**Last 4 digits of account number** _0324_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Travelers Property Casualty Company**
**A. Eric Aguilera, Esq.**
**The Aguilera Law Group, APLC**
**236046 Avenida De La Carlota, Suite**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _See complaint_

**Basis for the claim:** _This is a declaratory relief case arising from a dispute_
_that Safeplay must indemnify Vernon Edwards and the City of Pismo_
_Beach._

**Last 4 digits of account number** _0620_

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Safeplay by Design, Inc.**        Case number (if known) _____

Name

| | | |
|---|---|---|
| **3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |

**3.28**

**Nonpriority creditor's name and mailing address**
**Valeria Pinon Diaz**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **See complaint**

**Basis for the claim:** **Personal injury**

Last 4 digits of account number **0701**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Yolanda Silkwood**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **See complaint**

**Basis for the claim:** **Personal injury**

Last 4 digits of account number **0630**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew Rodriguez**<br>**c/o Estela Valencia**<br>**717 Kelly Ct., # B**<br>**Nipomo, CA 93444** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Anna Ramirez**<br>**5718 Cherry Court**<br>**Visalia, CA 93277** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Antonette Gutierrez**<br>**842 Via Berros Rd**<br>**Arroyo Grande, CA 93420** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Cannon Corporation**<br>**1050 Southwood Drive**<br>**San Luis Obispo, CA 93401** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Cannon Corporation**<br>**c/o Stephen B. Litchfield, Esq.**<br>**Litchfield Law PC**<br>**220 Newport Center Drive, Suite 19**<br>**Newport Beach, CA 92660** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Cannon Corporation**<br>**1050 Southwood Drive**<br>**San Luis Obispo, CA 93401** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Cannon Corporation**<br>**c/o Stephen B. Litchfield, Esq.**<br>**Litchfield Law PC**<br>**220 Newport Center Drive, Suite 19**<br>**Newport Beach, CA 92660** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Safeplay by Design, Inc.**

Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

| 4.8 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Safeplay by Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.19 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line  **3.24**<br><br>☐  Not listed. Explain ____ | _ |
| 4.20 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.21 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.22 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.23 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line  **3.18**<br><br>☐  Not listed. Explain ____ | _ |
| 4.24 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line  **3.18**<br><br>☐  Not listed. Explain ____ | _ |
| 4.25 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line  **3.18**<br><br>☐  Not listed. Explain ____ | _ |
| 4.26 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line  **3.22**<br><br>☐  Not listed. Explain ____ | _ |
| 4.27 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line  **3.22**<br><br>☐  Not listed. Explain ____ | _ |
| 4.28 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line  **3.22**<br><br>☐  Not listed. Explain ____ | _ |
| 4.29 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line  **3.28**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **Safeplay by Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.30 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Safeplay by Design, Inc.**                    Case number (if known) _____
          Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.41  **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.42  **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.43  **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.44  **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.45  **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.46  **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.47  **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.48  **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.49  **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.50  **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.51  **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |

Debtor  **Safeplay by Design, Inc.**
Name

Case number (if known) _____

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.52 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.53 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.55 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.56 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.57 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.58 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.59 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.60 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.61 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.62 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Safeplay by Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.63 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.64 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.65 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.66 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.67 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.68 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.69 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.70 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.71 | **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.72 | **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.73 | **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Safeplay by Design, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.74 **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.75 **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.76 **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.77 **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.78 **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.79 **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.80 **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.81 **City of Pismo Beach**<br>**c/o Clayton U. Hall, Esq.**<br>**Hall Hieatt Connely & Bowen LLP**<br>**444 Higuera Street, Third Floor**<br>**San Luis Obispo, CA 93401** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.82 **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.83 **City of Pismo Beach**<br>**760 Mattie Road**<br>**Pismo Beach, CA 93449** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.84 **City of Pismo Beach**<br>**c/o Robert V. Closson, Esq.**<br>**5030 Camino de la Siesta, Suite 300**<br>**San Diego, CA 92108** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **Safeplay by Design, Inc.**
_____
Name

Case number (if known) _____

| | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **Name and mailing address** | | |

4.85 **City of Pismo Beach**
**c/o Clayton U. Hall, Esq.**
**Hall Hieatt Connely & Bowen LLP**
**444 Higuera Street, Third Floor**
**San Luis Obispo, CA 93401**

Line  **3.27**

☐ Not listed. Explain ____

_

---

4.86 **City of Pismo Beach**
**760 Mattie Road**
**Pismo Beach, CA 93449**

Line  **3.14**

☐ Not listed. Explain ____

_

---

4.87 **City of Pismo Beach**
**c/o Clayton U. Hall, Esq.**
**Hall Hieatt Connely & Bowen LLP**
**444 Higuera Street, Third Floor**
**San Luis Obispo, CA 93401**

Line  **3.14**

☐ Not listed. Explain ____

_

---

4.88 **City of Pismo Beach**
**c/o Robert V. Closson, Esq.**
**5030 Camino de la Siesta, Suite 300**
**San Diego, CA 92108**

Line  **3.14**

☐ Not listed. Explain ____

_

---

4.89 **Clinton & Jessica McCartney**
**c/o Timothy J. Gonzales, Esq.**
**BROCK & GONZALES, LLP**
**6701 Center Drive West, Ste. 610**
**Los Angeles, CA 90045**

Line  **3.12**

☐ Not listed. Explain ____

_

---

4.90 **Clinton & Jessica McCartney**
**3622 Cambria Court**
**Thousand Oaks, CA 91360**

Line  **3.5**

☐ Not listed. Explain ____

_

---

4.91 **Cynthia Peters**
**1000 E. Grand Ave, SPC U**
**Arroyo Grande, CA 93420**

Line  **3.6**

☐ Not listed. Explain ____

_

---

4.92 **Dan Beard and Dorothy Beard**
**3883 Duncan Ave**
**Clovis, CA 93619**

Line  **3.7**

☐ Not listed. Explain ____

_

---

4.93 **Debbie Pourghassamians**
**6513 Day Street**
**Tujunga, CA 91042**

Line  **3.9**

☐ Not listed. Explain ____

_

---

4.94 **E.M.D.**
**1890 Sequoia Drive**
**Santa Maria, CA 93454**

Line  **3.12**

☐ Not listed. Explain ____

_

---

4.95 **E.M.D.**
**c/o Tyrone J. Maho , Esq.**
**MAHO & PRENTICE, LLP**
**629 State Street, Suite 217**
**Santa Barbara, CA 93101**

Line  **3.12**

☐ Not listed. Explain ____

_

---

4.96 **Eli Mendez Dominguez**
**c/o Denise Dominguez**
**1890 Sequoia Drive**
**Santa Maria, CA 93454**

Line  **3.10**

☐ Not listed. Explain ____

_

---

| Debtor | Safeplay by Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.97 | **Eli Mendez Dominguez**<br>**c/o Dustin Thordarson , Esq.**<br>**AlderLaw**<br>**12800 Riverside Drive, 2nd Floor**<br>**Sherman Oaks, CA 91607** | Line **3.10**<br>☐ Not listed. Explain _____ | _ |
| 4.98 | **Emriss Bundy**<br>**112A West Camino Colegio**<br>**Santa Maria, CA 93458** | Line **3.11**<br>☐ Not listed. Explain _____ | _ |
| 4.99 | **Emriss Bundy**<br>**c/o Jacqueline Vitti Frederick, Esq**<br>**FREDERICK LAW FIRM, A LAW CORP**<br>**267 West Tefft Street**<br>**Nipomo, CA 93444** | Line **3.12**<br>☐ Not listed. Explain _____ | _ |
| 4.100 | **Erin Brinkerhoff**<br>**4300 Lynnhurst Circle**<br>**Santa Maria, CA 93455** | Line **3.12**<br>☐ Not listed. Explain _____ | _ |
| 4.101 | **Evanston Insurance Company**<br>**102 W Higgins Rd, Ste 750**<br>**Des Plaines, IL 60018** | Line **3.12**<br>☐ Not listed. Explain _____ | _ |
| 4.102 | **Evanston Insurance Company**<br>**c/o Joshua D. Mountain, Esq.**<br>**TRESSLER LLP**<br>**2 Park Plaza, Suite 1050**<br>**Irvine, CA 92614** | Line **3.12**<br>☐ Not listed. Explain _____ | _ |
| 4.103 | **Evanston Insurance Company**<br>**102 W Higgins Rd, Ste 750**<br>**Des Plaines, IL 60018** | Line **3.27**<br>☐ Not listed. Explain _____ | _ |
| 4.104 | **Evanston Insurance Company**<br>**c/o Peter J Whalen, Esq.**<br>**CLYDE & CO US LLP**<br>**150 California Street, 15th Floor**<br>**San Francisco, CA 94111** | Line **3.27**<br>☐ Not listed. Explain _____ | _ |
| 4.105 | **Evanston Insurance Company**<br>**c/o Joshua D. Mountain, Esq.**<br>**TRESSLER LLP**<br>**2 Park Plaza, Suite 1050**<br>**Irvine, CA 92614** | Line **3.27**<br>☐ Not listed. Explain _____ | _ |
| 4.106 | **Jennifer Huerta**<br>**c/o Jacqueline Vitti Frederick, Esq**<br>**FREDERICK LAW FIRM, A LAW CORP**<br>**267 West Tefft Street**<br>**Nipomo, CA 93444** | Line **3.12**<br>☐ Not listed. Explain _____ | _ |
| 4.107 | **Jennifer Huerta**<br>**110 Quandt Place, B**<br>**Lemoore, CA 93245** | Line **3.13**<br>☐ Not listed. Explain _____ | _ |

| Debtor | **Safeplay by Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

4.108 **Jennifer Vela**
**574 North Maurer St**
**Porterville, CA 93257**

Line **3.14**    _

☐ Not listed. Explain ____

---

4.109 **Jessica Aceves**
**16538 Clear Creek Road**
**Redding, CA 96001**

Line **3.15**    _

☐ Not listed. Explain ____

---

4.110 **Jessica Franzen and Kurtis Franzen**
**c/o Jacqueline Vitti Frederick, Esq**
**FREDERICK LAW FIRM, A LAW CORP**
**267 West Tefft Street**
**Nipomo, CA 93444**

Line **3.12**    _

☐ Not listed. Explain ____

---

4.111 **Jessica Franzen and Kurtis Franzen**
**2575 S Willow Ave, Spc 119**
**Fresno, CA 93725**

Line **3.16**    _

☐ Not listed. Explain ____

---

4.112 **Jessica Gonzalez and Jesus Gonzalez**
**11718 Sagebrush Ave**
**Bakersfield, CA 93312**

Line **3.17**    _

☐ Not listed. Explain ____

---

4.113 **Joshua Dalrymple**
**336 Benson Rd  Port Angeles**
**Port Angeles, WA 98363**

Line **3.18**    _

☐ Not listed. Explain ____

---

4.114 **Karlee Hayden**
**715 Taylor St**
**Taft, CA 93268**

Line **3.12**    _

☐ Not listed. Explain ____

---

4.115 **Kriss Siciliano & Terry Siciliano**
**3317 Waco Ave**
**Simi Valley, CA 93063**

Line **3.20**    _

☐ Not listed. Explain ____

---

4.116 **Landmark American Insurance Company**
**2710 Gateway Oaks Dr, Ste 150N**
**Sacramento, CA 95833**

Line **3.27**    _

☐ Not listed. Explain ____

---

4.117 **Landmark American Insurance Company**
**c/o David A. Tartaglia, Esq.**
**MUSICK, PEELER & GARRETT LLP**
**624 Sound Grand Avenue, Suite 2000**
**Los Angeles, CA 90017**

Line **3.27**    _

☐ Not listed. Explain ____

---

4.118 **Miracle Playsystems Incorporated**
**6114 La Salle Ave, #463**
**Oakland, CA 94611**

Line **3.15**    _

☐ Not listed. Explain ____

---

4.119 **Miracle Playsystems Incorporated**
**c/o Jeffrey M. Soll, Esq.**
**Goldman, Magdalin & Krikes, LLP**
**6300 Canoga Avenue, Suite 1400**
**Woodland Hills, CA 91367**

Line **3.15**    _

☐ Not listed. Explain ____

---

Debtor    **Safeplay by Design, Inc.**
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.120 **Miracle Playsystems Incorporated** <br> **c/o Cassandra M. Angel, Esq.** <br> **GORDON-CREED, KELLEY** <br> **50 California Street, 34th Floor** <br> **San Francisco, CA 94111** | Line **3.15** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.121 **Miracle Playsystems Incorporated** <br> **6114 La Salle Ave, #463** <br> **Oakland, CA 94611** | Line **3.7** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.122 **Miracle Playsystems Incorporated** <br> **c/o Jeffrey M. Soll, Esq.** <br> **Goldman, Magdalin & Krikes, LLP** <br> **6300 Canoga Avenue, Suite 1400** <br> **Woodland Hills, CA 91367** | Line **3.7** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.123 **Miracle Playsystems Incorporated** <br> **c/o Cassandra M. Angel, Esq.** <br> **GORDON-CREED, KELLEY** <br> **50 California Street, 34th Floor** <br> **San Francisco, CA 94111** | Line **3.7** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.124 **Miracle Playsystems Incorporated** <br> **c/o Jeffrey M. Soll, Esq.** <br> **Goldman, Magdalin & Krikes, LLP** <br> **6300 Canoga Avenue, Suite 1400** <br> **Woodland Hills, CA 91367** | Line **3.23** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.125 **Miracle Playsystems Incorporated** <br> **c/o Cassandra M. Angel, Esq.** <br> **GORDON-CREED, KELLEY** <br> **50 California Street, 34th Floor** <br> **San Francisco, CA 94111** | Line **3.23** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.126 **Miracle Playsystems Incorporated** <br> **6114 La Salle Ave, #463** <br> **Oakland, CA 94611** | Line **3.23** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.127 **Miracle Playsystems Incorporated** <br> **6114 La Salle Ave, #463** <br> **Oakland, CA 94611** | Line **3.24** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.128 **Miracle Playsystems Incorporated** <br> **c/o Jeffrey M. Soll, Esq.** <br> **Goldman, Magdalin & Krikes, LLP** <br> **6300 Canoga Avenue, Suite 1400** <br> **Woodland Hills, CA 91367** | Line **3.24** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.129 **Miracle Playsystems Incorporated** <br> **c/o Cassandra M. Angel, Esq.** <br> **GORDON-CREED, KELLEY** <br> **50 California Street, 34th Floor** <br> **San Francisco, CA 94111** | Line **3.24** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.130 **Miracle Playsystems Incorporated** <br> **6114 La Salle Ave, #463** <br> **Oakland, CA 94611** | Line **3.11** <br><br> ☐ Not listed. Explain ____ | _ |

Debtor  **Safeplay by Design, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.131 **Miracle Playsystems Incorporated** **c/o Jeffrey M. Soll, Esq.** **Goldman, Magdalin & Krikes, LLP** **6300 Canoga Avenue, Suite 1400** **Woodland Hills, CA 91367** | Line **3.11** ☐ Not listed. Explain ____ | _ |
| 4.132 **Miracle Playsystems Incorporated** **c/o Cassandra M. Angel, Esq.** **GORDON-CREED, KELLEY** **50 California Street, 34th Floor** **San Francisco, CA 94111** | Line **3.11** ☐ Not listed. Explain ____ | _ |
| 4.133 **Miracle Playsystems Incorporated** **6114 La Salle Ave, #463** **Oakland, CA 94611** | Line **3.4** ☐ Not listed. Explain ____ | _ |
| 4.134 **Miracle Playsystems Incorporated** **c/o Jeffrey M. Soll, Esq.** **Goldman, Magdalin & Krikes, LLP** **6300 Canoga Avenue, Suite 1400** **Woodland Hills, CA 91367** | Line **3.4** ☐ Not listed. Explain ____ | _ |
| 4.135 **Miracle Playsystems Incorporated** **c/o Cassandra M. Angel, Esq.** **GORDON-CREED, KELLEY** **50 California Street, 34th Floor** **San Francisco, CA 94111** | Line **3.4** ☐ Not listed. Explain ____ | _ |
| 4.136 **Miracle Playsystems Incorporated** **6114 La Salle Ave, #463** **Oakland, CA 94611** | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.137 **Miracle Playsystems Incorporated** **c/o Jeffrey M. Soll, Esq.** **Goldman, Magdalin & Krikes, LLP** **6300 Canoga Avenue, Suite 1400** **Woodland Hills, CA 91367** | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.138 **Miracle Playsystems Incorporated** **c/o Cassandra M. Angel, Esq.** **GORDON-CREED, KELLEY** **50 California Street, 34th Floor** **San Francisco, CA 94111** | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.139 **Miracle Playsystems Incorporated** **6114 La Salle Ave, #463** **Oakland, CA 94611** | Line **3.22** ☐ Not listed. Explain ____ | _ |
| 4.140 **Miracle Playsystems Incorporated** **c/o Jeffrey M. Soll, Esq.** **Goldman, Magdalin & Krikes, LLP** **6300 Canoga Avenue, Suite 1400** **Woodland Hills, CA 91367** | Line **3.22** ☐ Not listed. Explain ____ | _ |
| 4.141 **Miracle Playsystems Incorporated** **c/o Cassandra M. Angel, Esq.** **GORDON-CREED, KELLEY** **50 California Street, 34th Floor** **San Francisco, CA 94111** | Line **3.22** ☐ Not listed. Explain ____ | _ |

| Debtor | **Safeplay by Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.142 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.143 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.144 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.145 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.146 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.147 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.148 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.149 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.150 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.151 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.152 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |

| Debtor | Safeplay by Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.153 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.154 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.155 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.156 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.157 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.158 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.159 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.160 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |
| 4.161 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |
| 4.162 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |
| 4.163 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Safeplay by Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.164 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |
| 4.165 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |
| 4.166 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |
| 4.167 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |
| 4.168 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |
| 4.169 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.170 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.171 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.172 | **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.173 | **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.174 | **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Safeplay by Design, Inc. | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|-------------------------------------------------------------------------|------------------------------------------|
| 4.175 **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line **3.8**<br><br>☐ Not listed. Explain _____ | _ |
| 4.176 **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line **3.8**<br><br>☐ Not listed. Explain _____ | _ |
| 4.177 **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.8**<br><br>☐ Not listed. Explain _____ | _ |
| 4.178 **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.26**<br><br>☐ Not listed. Explain _____ | _ |
| 4.179 **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line **3.26**<br><br>☐ Not listed. Explain _____ | _ |
| 4.180 **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line **3.26**<br><br>☐ Not listed. Explain _____ | _ |
| 4.181 **Miracle Playsystems Incorporated**<br>**c/o Cassandra M. Angel, Esq.**<br>**GORDON-CREED, KELLEY**<br>**50 California Street, 34th Floor**<br>**San Francisco, CA 94111** | Line **3.1**<br><br>☐ Not listed. Explain _____ | _ |
| 4.182 **Miracle Playsystems Incorporated**<br>**6114 La Salle Ave, #463**<br>**Oakland, CA 94611** | Line **3.1**<br><br>☐ Not listed. Explain _____ | _ |
| 4.183 **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.1**<br><br>☐ Not listed. Explain _____ | _ |
| 4.184 **Miracle Playsystems Incorporated**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.20**<br><br>☐ Not listed. Explain _____ | _ |

| Debtor | Safeplay by Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.185
**Miracle Playsystems Incorporated**
**c/o Cassandra M. Angel, Esq.**
**GORDON-CREED, KELLEY**
**50 California Street, 34th Floor**
**San Francisco, CA 94111**

Line __3.20__

☐ Not listed. Explain ____

_

4.186
**Miracle Playsystems Incorporated**
**6114 La Salle Ave, #463**
**Oakland, CA 94611**

Line __3.20__

☐ Not listed. Explain ____

_

4.187
**Miracle Playsystems Incorporated**
**6114 La Salle Ave, #463**
**Oakland, CA 94611**

Line __3.29__

☐ Not listed. Explain ____

_

4.188
**Miracle Playsystems Incorporated**
**c/o Cassandra M. Angel, Esq.**
**GORDON-CREED, KELLEY**
**50 California Street, 34th Floor**
**San Francisco, CA 94111**

Line __3.29__

☐ Not listed. Explain ____

_

4.189
**Miracle Playsystems Incorporated**
**c/o Jeffrey M. Soll, Esq.**
**Goldman, Magdalin & Krikes, LLP**
**6300 Canoga Avenue, Suite 1400**
**Woodland Hills, CA 91367**

Line __3.29__

☐ Not listed. Explain ____

_

4.190
**Miracle Playsystems Incorporated**
**c/o Cassandra M. Angel, Esq.**
**GORDON-CREED, KELLEY**
**50 California Street, 34th Floor**
**San Francisco, CA 94111**

Line __3.27__

☐ Not listed. Explain ____

_

4.191
**Miracle Playsystems Incorporated**
**6114 La Salle Ave, #463**
**Oakland, CA 94611**

Line __3.27__

☐ Not listed. Explain ____

_

4.192
**Miracle Playsystems Incorporated**
**c/o Jeffrey M. Soll, Esq.**
**Goldman, Magdalin & Krikes, LLP**
**6300 Canoga Avenue, Suite 1400**
**Woodland Hills, CA 91367**

Line __3.27__

☐ Not listed. Explain ____

_

4.193
**Miracle Playsystems Incorporated**
**c/o Jeffrey M. Soll, Esq.**
**Goldman, Magdalin & Krikes, LLP**
**6300 Canoga Avenue, Suite 1400**
**Woodland Hills, CA 91367**

Line __3.14__

☐ Not listed. Explain ____

_

4.194
**Miracle Playsystems Incorporated**
**6114 La Salle Ave, #463**
**Oakland, CA 94611**

Line __3.14__

☐ Not listed. Explain ____

_

4.195
**Miracle Playsystems Incorporated**
**c/o Cassandra M. Angel, Esq.**
**GORDON-CREED, KELLEY**
**50 California Street, 34th Floor**
**San Francisco, CA 94111**

Line __3.14__

☐ Not listed. Explain ____

_

Debtor   **Safeplay by Design, Inc.**
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.196   **Monica Garcia**
**c/o Jubin J. Niamehr, Esq.**
**JACOBY & MEYERS ATTORNEYS LLP**
**10900 Wilshire Boulevard, Floor 15**
**Los Angeles, CA 90024**

Line   **3.18**

☐ Not listed. Explain _____

_

---

4.197   **Monica Garcia**
**c/o Jubin J. Niamehr, Esq.**
**JACOBY & MEYERS ATTORNEYS LLP**
**10900 Wilshire Boulevard, Floor 15**
**Los Angeles, CA 90024**

Line   **3.21**

☐ Not listed. Explain _____

_

---

4.198   **Nancy Dennis and Kevin Dennis**
**4964 Mise Avenue**
**San Jose, CA 95124**

Line   **3.22**

☐ Not listed. Explain _____

_

---

4.199   **Nancy Dennis and Kevin Dennis**
**4965 Mise Avenue**
**San Jose, CA 95124**

Line   **3.22**

☐ Not listed. Explain _____

_

---

4.200   **Nicole Bravo**
**2700 Cienaga #43**
**Oceano, CA 93445**

Line   **3.23**

☐ Not listed. Explain _____

_

---

4.201   **Peter & Erin Brinkerhoff**
**4300 Lynnhurst Circle**
**Oceano, CA 93445**

Line   **3.24**

☐ Not listed. Explain _____

_

---

4.202   **Robertson Industries, Inc.**
**c/o CT Corporation**
**330 N Brand Blvd Ste 700**
**Glendale, CA 91203**

Line   **3.15**

☐ Not listed. Explain _____

_

---

4.203   **Robertson Industries, Inc.**
**c/o Robert E. Davies, Esq.**
**Donahue Davies LLP**
**P.O. Box 277010**
**Sacramento, CA 95827**

Line   **3.15**

☐ Not listed. Explain _____

_

---

4.204   **Robertson Industries, Inc.**
**c/o Robert E. Davies, Esq.**
**Donahue Davies LLP**
**P.O. Box 277010**
**Sacramento, CA 95827**

Line   **3.7**

☐ Not listed. Explain _____

_

---

4.205   **Robertson Industries, Inc.**
**c/o CT Corporation**
**330 N Brand Blvd Ste 700**
**Glendale, CA 91203**

Line   **3.7**

☐ Not listed. Explain _____

_

---

4.206   **Robertson Industries, Inc.**
**c/o CT Corporation**
**330 N Brand Blvd Ste 700**
**Glendale, CA 91203**

Line   **3.23**

☐ Not listed. Explain _____

_

---

| Debtor | **Safeplay by Design, Inc.** | Case number (if known) _____ |
| | Name | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.207 **Robertson Industries, Inc.**<br>**c/o Robert E. Davies, Esq.**<br>**Donahue Davies LLP**<br>**P.O. Box 277010**<br>**Sacramento, CA 95827** | Line __**3.23**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.208 **Robertson Industries, Inc.**<br>**c/o Robert E. Davies, Esq.**<br>**Donahue Davies LLP**<br>**P.O. Box 277010**<br>**Sacramento, CA 95827** | Line __**3.24**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.209 **Robertson Industries, Inc.**<br>**c/o CT Corporation**<br>**330 N Brand Blvd Ste 700**<br>**Glendale, CA 91203** | Line __**3.24**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.210 **Robertson Industries, Inc.**<br>**c/o CT Corporation**<br>**330 N Brand Blvd Ste 700**<br>**Glendale, CA 91203** | Line __**3.11**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.211 **Robertson Industries, Inc.**<br>**c/o Robert E. Davies, Esq.**<br>**Donahue Davies LLP**<br>**P.O. Box 277010**<br>**Sacramento, CA 95827** | Line __**3.11**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.212 **Robertson Industries, Inc.**<br>**c/o CT Corporation**<br>**330 N Brand Blvd Ste 700**<br>**Glendale, CA 91203** | Line __**3.4**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.213 **Robertson Industries, Inc.**<br>**c/o Robert E. Davies, Esq.**<br>**Donahue Davies LLP**<br>**P.O. Box 277010**<br>**Sacramento, CA 95827** | Line __**3.4**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.214 **Robertson Industries, Inc.**<br>**c/o CT Corporation**<br>**330 N Brand Blvd Ste 700**<br>**Glendale, CA 91203** | Line __**3.18**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.215 **Robertson Industries, Inc.**<br>**c/o Robert E. Davies, Esq.**<br>**Donahue Davies LLP**<br>**P.O. Box 277010**<br>**Sacramento, CA 95827** | Line __**3.18**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.216 **Robertson Industries, Inc.**<br>**c/o Robert E. Davies, Esq.**<br>**Donahue Davies LLP**<br>**P.O. Box 277010**<br>**Sacramento, CA 95827** | Line __**3.22**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.217 **Robertson Industries, Inc.**<br>**c/o CT Corporation**<br>**330 N Brand Blvd Ste 700**<br>**Glendale, CA 91203** | Line __**3.22**__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Safeplay by Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.218 | Robertson Industries, Inc. c/o CT Corporation 330 N Brand Blvd Ste 700 Glendale, CA 91203 | Line __3.28__ ☐ Not listed. Explain ____ | _ |
| 4.219 | Robertson Industries, Inc. c/o Robert E. Davies, Esq. Donahue Davies LLP P.O. Box 277010 Sacramento, CA 95827 | Line __3.28__ ☐ Not listed. Explain ____ | _ |
| 4.220 | Robertson Industries, Inc. c/o CT Corporation 330 N Brand Blvd Ste 700 Glendale, CA 91203 | Line __3.16__ ☐ Not listed. Explain ____ | _ |
| 4.221 | Robertson Industries, Inc. c/o Robert E. Davies, Esq. Donahue Davies LLP P.O. Box 277010 Sacramento, CA 95827 | Line __3.16__ ☐ Not listed. Explain ____ | _ |
| 4.222 | Robertson Industries, Inc. c/o CT Corporation 330 N Brand Blvd Ste 700 Glendale, CA 91203 | Line __3.21__ ☐ Not listed. Explain ____ | _ |
| 4.223 | Robertson Industries, Inc. c/o Robert E. Davies, Esq. Donahue Davies LLP P.O. Box 277010 Sacramento, CA 95827 | Line __3.21__ ☐ Not listed. Explain ____ | _ |
| 4.224 | Robertson Industries, Inc. c/o CT Corporation 330 N Brand Blvd Ste 700 Glendale, CA 91203 | Line __3.17__ ☐ Not listed. Explain ____ | _ |
| 4.225 | Robertson Industries, Inc. c/o Robert E. Davies, Esq. Donahue Davies LLP P.O. Box 277010 Sacramento, CA 95827 | Line __3.17__ ☐ Not listed. Explain ____ | _ |
| 4.226 | Robertson Industries, Inc. c/o CT Corporation 330 N Brand Blvd Ste 700 Glendale, CA 91203 | Line __3.3__ ☐ Not listed. Explain ____ | _ |
| 4.227 | Robertson Industries, Inc. c/o Robert E. Davies, Esq. Donahue Davies LLP P.O. Box 277010 Sacramento, CA 95827 | Line __3.3__ ☐ Not listed. Explain ____ | _ |
| 4.228 | Robertson Industries, Inc. c/o CT Corporation 330 N Brand Blvd Ste 700 Glendale, CA 91203 | Line __3.13__ ☐ Not listed. Explain ____ | _ |

| Debtor | Safeplay by Design, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.229 | Robertson Industries, Inc.<br>c/o Robert E. Davies, Esq.<br>Donahue Davies LLP<br>P.O. Box 277010<br>Sacramento, CA 95827 | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.230 | Robertson Industries, Inc.<br>c/o CT Corporation<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203 | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.231 | Robertson Industries, Inc.<br>c/o Robert E. Davies, Esq.<br>Donahue Davies LLP<br>P.O. Box 277010<br>Sacramento, CA 95827 | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.232 | Robertson Industries, Inc.<br>c/o Robert E. Davies, Esq.<br>Donahue Davies LLP<br>P.O. Box 277010<br>Sacramento, CA 95827 | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.233 | Robertson Industries, Inc.<br>c/o CT Corporation<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203 | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.234 | Robertson Industries, Inc.<br>c/o CT Corporation<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203 | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.235 | Robertson Industries, Inc.<br>c/o Robert E. Davies, Esq.<br>Donahue Davies LLP<br>P.O. Box 277010<br>Sacramento, CA 95827 | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.236 | Robertson Industries, Inc.<br>c/o CT Corporation<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203 | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.237 | Robertson Industries, Inc.<br>c/o Robert E. Davies, Esq.<br>Donahue Davies LLP<br>P.O. Box 277010<br>Sacramento, CA 95827 | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.238 | Robertson Industries, Inc.<br>c/o Robert E. Davies, Esq.<br>Donahue Davies LLP<br>P.O. Box 277010<br>Sacramento, CA 95827 | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.239 | Robertson Industries, Inc.<br>c/o CT Corporation<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203 | Line **3.2**<br>☐ Not listed. Explain ____ | _ |

Debtor **Safeplay by Design, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.240 **Robertson Industries, Inc.** **c/o Robert E. Davies, Esq.** **Donahue Davies LLP** **P.O. Box 277010** **Sacramento, CA 95827** | Line **3.8** ☐ Not listed. Explain ____ | _ |
| 4.241 **Robertson Industries, Inc.** **c/o CT Corporation** **330 N Brand Blvd Ste 700** **Glendale, CA 91203** | Line **3.8** ☐ Not listed. Explain ____ | _ |
| 4.242 **Robertson Industries, Inc.** **c/o CT Corporation** **330 N Brand Blvd Ste 700** **Glendale, CA 91203** | Line **3.1** ☐ Not listed. Explain ____ | _ |
| 4.243 **Robertson Industries, Inc.** **c/o Robert E. Davies, Esq.** **Donahue Davies LLP** **P.O. Box 277010** **Sacramento, CA 95827** | Line **3.1** ☐ Not listed. Explain ____ | _ |
| 4.244 **Robertson Industries, Inc.** **c/o CT Corporation** **330 N Brand Blvd Ste 700** **Glendale, CA 91203** | Line **3.20** ☐ Not listed. Explain ____ | _ |
| 4.245 **Robertson Industries, Inc.** **c/o Robert E. Davies, Esq.** **Donahue Davies LLP** **P.O. Box 277010** **Sacramento, CA 95827** | Line **3.20** ☐ Not listed. Explain ____ | _ |
| 4.246 **Robertson Industries, Inc.** **c/o CT Corporation** **330 N Brand Blvd Ste 700** **Glendale, CA 91203** | Line **3.29** ☐ Not listed. Explain ____ | _ |
| 4.247 **Robertson Industries, Inc.** **c/o Robert E. Davies, Esq.** **Donahue Davies LLP** **P.O. Box 277010** **Sacramento, CA 95827** | Line **3.29** ☐ Not listed. Explain ____ | _ |
| 4.248 **Robertson Industries, Inc.** **c/o CT Corporation** **330 N Brand Blvd Ste 700** **Glendale, CA 91203** | Line **3.27** ☐ Not listed. Explain ____ | _ |
| 4.249 **Robertson Industries, Inc.** **c/o Robert E. Davies, Esq.** **Donahue Davies LLP** **P.O. Box 277010** **Sacramento, CA 95827** | Line **3.27** ☐ Not listed. Explain ____ | _ |
| 4.250 **Robertson Industries, Inc.** **c/o CT Corporation** **330 N Brand Blvd Ste 700** **Glendale, CA 91203** | Line **3.14** ☐ Not listed. Explain ____ | _ |

| Debtor | **Safeplay by Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.251 | **Robertson Industries, Inc.**<br>**c/o Robert E. Davies, Esq.**<br>**Donahue Davies LLP**<br>**P.O. Box 277010**<br>**Sacramento, CA 95827** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.252 | **RRM Design Group**<br>**3765 South Higuera Street, Suite 10**<br>**San Luis Obispo, CA 93401** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.253 | **RRM Design Group**<br>**c/o Robert H. Stellwagen, Jr., Esq.**<br>**COLLINS + COLLINS LLP**<br>**790 E. Colorado Boulevard, Suite 60**<br>**Pasadena, CA 91101** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.254 | **Sophia Perez**<br>**c/o Beatriz Perez**<br>**1010 Robert Lane**<br>**Santa Maria, CA 93458** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.255 | **Tara Rodman**<br>**c/o Jacqueline Vitti Frederick, Esq**<br>**FREDERICK LAW FIRM, A LAW CORP**<br>**267 West Tefft Street**<br>**Nipomo, CA 93444** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.256 | **Tara Rodman**<br>**120 Filmore St., Apt A**<br>**Taft, CA 93268** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.257 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.258 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.259 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.260 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.261 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Safeplay by Design, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.262 **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.263 **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.264 **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.265 **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.266 **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.267 **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.268 **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.269 **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.270 **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.271 **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.272 **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Safeplay by Design, Inc.** | | Case number (if known) | |
| | Name | | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.273 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.4__<br><br>☐  Not listed. Explain ____ | __ |
| 4.274 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line __3.4__<br><br>☐  Not listed. Explain ____ | __ |
| 4.275 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.18__<br><br>☐  Not listed. Explain ____ | __ |
| 4.276 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.18__<br><br>☐  Not listed. Explain ____ | __ |
| 4.277 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line __3.18__<br><br>☐  Not listed. Explain ____ | __ |
| 4.278 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.22__<br><br>☐  Not listed. Explain ____ | __ |
| 4.279 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.22__<br><br>☐  Not listed. Explain ____ | __ |
| 4.280 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.22__<br><br>☐  Not listed. Explain ____ | __ |
| 4.281 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.28__<br><br>☐  Not listed. Explain ____ | __ |
| 4.282 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.28__<br><br>☐  Not listed. Explain ____ | __ |
| 4.283 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line __3.28__<br><br>☐  Not listed. Explain ____ | __ |

Debtor   **Safeplay by Design, Inc.**
　　　　Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.284 **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.285 **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.286 **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.287 **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.16__<br><br>☐ Not listed. Explain ____ | _ |
| 4.288 **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line __3.16__<br><br>☐ Not listed. Explain ____ | _ |
| 4.289 **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.16__<br><br>☐ Not listed. Explain ____ | _ |
| 4.290 **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.291 **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.292 **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.293 **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.294 **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Safeplay by Design, Inc.**
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.295 **Universal Precast Concrete, Inc.** c/o Kenneth O. Taylor III, Esq. RESNICK & LOUIS, P.C. 9891 Irvine Center Drive, Suite 200 Irvine, CA 92618 | Line **3.17** ☐ Not listed. Explain ____ | _ |
| 4.296 **Universal Precast Concrete, Inc.** c/o Jeffrey M. Soll, Esq. Goldman, Magdalin & Krikes, LLP 6300 Canoga Avenue, Suite 1400 Woodland Hills, CA 91367 | Line **3.3** ☐ Not listed. Explain ____ | _ |
| 4.297 **Universal Precast Concrete, Inc.** 16538 Clear Creek Road Redding, CA 96001 | Line **3.3** ☐ Not listed. Explain ____ | _ |
| 4.298 **Universal Precast Concrete, Inc.** c/o Kenneth O. Taylor III, Esq. RESNICK & LOUIS, P.C. 9891 Irvine Center Drive, Suite 200 Irvine, CA 92618 | Line **3.3** ☐ Not listed. Explain ____ | _ |
| 4.299 **Universal Precast Concrete, Inc.** c/o Jeffrey M. Soll, Esq. Goldman, Magdalin & Krikes, LLP 6300 Canoga Avenue, Suite 1400 Woodland Hills, CA 91367 | Line **3.19** ☐ Not listed. Explain ____ | _ |
| 4.300 **Universal Precast Concrete, Inc.** 16538 Clear Creek Road Redding, CA 96001 | Line **3.19** ☐ Not listed. Explain ____ | _ |
| 4.301 **Universal Precast Concrete, Inc.** c/o Kenneth O. Taylor III, Esq. RESNICK & LOUIS, P.C. 9891 Irvine Center Drive, Suite 200 Irvine, CA 92618 | Line **3.19** ☐ Not listed. Explain ____ | _ |
| 4.302 **Universal Precast Concrete, Inc.** c/o Jeffrey M. Soll, Esq. Goldman, Magdalin & Krikes, LLP 6300 Canoga Avenue, Suite 1400 Woodland Hills, CA 91367 | Line **3.13** ☐ Not listed. Explain ____ | _ |
| 4.303 **Universal Precast Concrete, Inc.** 16538 Clear Creek Road Redding, CA 96001 | Line **3.13** ☐ Not listed. Explain ____ | _ |
| 4.304 **Universal Precast Concrete, Inc.** 16538 Clear Creek Road Redding, CA 96001 | Line **3.13** ☐ Not listed. Explain ____ | _ |
| 4.305 **Universal Precast Concrete, Inc.** c/o Jeffrey M. Soll, Esq. Goldman, Magdalin & Krikes, LLP 6300 Canoga Avenue, Suite 1400 Woodland Hills, CA 91367 | Line **3.25** ☐ Not listed. Explain ____ | _ |

| Debtor | Safeplay by Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.306 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.307 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.308 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.309 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.310 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.311 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.312 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.313 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.314 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.315 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.316 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |

| Debtor | Safeplay by Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.317 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |
| 4.318 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |
| 4.319 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |
| 4.320 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |
| 4.321 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |
| 4.322 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |
| 4.323 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.324 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.325 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.326 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line __3.20__<br><br>☐ Not listed. Explain ____ | _ |
| 4.327 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line __3.20__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Safeplay by Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

| 4.328 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.329 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.330 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.331 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.332 | **Universal Precast Concrete, Inc.**<br>**16538 Clear Creek Road**<br>**Redding, CA 96001** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.333 | **Universal Precast Concrete, Inc.**<br>**c/o Jeffrey M. Soll, Esq.**<br>**Goldman, Magdalin & Krikes, LLP**<br>**6300 Canoga Avenue, Suite 1400**<br>**Woodland Hills, CA 91367** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.334 | **Universal Precast Concrete, Inc.**<br>**c/o Kenneth O. Taylor III, Esq.**<br>**RESNICK & LOUIS, P.C.**<br>**9891 Irvine Center Drive, Suite 200**<br>**Irvine, CA 92618** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.335 | **Valeria Pinon Diaz**<br>**3405 E. Webb Ave.**<br>**North Las Vegas, NV 89030** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.336 | **Valeria Pinon Diaz**<br>**c/o Jacqueline Vitti Frederick, Esq**<br>**FREDERICK LAW FIRM, A LAW CORP**<br>**267 West Tefft Street**<br>**Nipomo, CA 93444** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.337 | **Vernon Edwards Constructors, Inc.**<br>**3765 South Higuera Street, Suite 10**<br>**San Luis Obispo, CA 93401** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.338 | **Vernon Edwards Constructors, Inc.**<br>**c/o T. Patrick Long, Esq.**<br>**Long & Delis**<br>**400 N. Tustin Ave., Ste. 370**<br>**Santa Ana, CA 92705** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Safeplay by Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.339 **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line **3.7**

☐ Not listed. Explain ____

_

---

4.340 **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line **3.7**

☐ Not listed. Explain ____

_

---

4.341 **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line **3.23**

☐ Not listed. Explain ____

_

---

4.342 **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line **3.23**

☐ Not listed. Explain ____

_

---

4.343 **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line **3.24**

☐ Not listed. Explain ____

_

---

4.344 **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line **3.24**

☐ Not listed. Explain ____

_

---

4.345 **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line **3.11**

☐ Not listed. Explain ____

_

---

4.346 **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line **3.11**

☐ Not listed. Explain ____

_

---

4.347 **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line **3.4**

☐ Not listed. Explain ____

_

---

4.348 **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line **3.4**

☐ Not listed. Explain ____

_

---

4.349 **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line **3.18**

☐ Not listed. Explain ____

_

---

Debtor     **Safeplay by Design, Inc.**
           Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.350 | **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.18** ☐ Not listed. Explain ____ | _ |
| 4.351 | **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.22** ☐ Not listed. Explain ____ | _ |
| 4.352 | **Vernon Edwards Constructors, Inc.** **3765 South Higuera Street, Suite 10** **San Luis Obispo, CA 93401** | Line **3.22** ☐ Not listed. Explain ____ | _ |
| 4.353 | **Vernon Edwards Constructors, Inc.** **3765 South Higuera Street, Suite 10** **San Luis Obispo, CA 93401** | Line **3.28** ☐ Not listed. Explain ____ | _ |
| 4.354 | **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.28** ☐ Not listed. Explain ____ | _ |
| 4.355 | **Vernon Edwards Constructors, Inc.** **3765 South Higuera Street, Suite 10** **San Luis Obispo, CA 93401** | Line **3.10** ☐ Not listed. Explain ____ | _ |
| 4.356 | **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.10** ☐ Not listed. Explain ____ | _ |
| 4.357 | **Vernon Edwards Constructors, Inc.** **3765 South Higuera Street, Suite 10** **San Luis Obispo, CA 93401** | Line **3.16** ☐ Not listed. Explain ____ | _ |
| 4.358 | **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.16** ☐ Not listed. Explain ____ | _ |
| 4.359 | **Vernon Edwards Constructors, Inc.** **3765 South Higuera Street, Suite 10** **San Luis Obispo, CA 93401** | Line **3.21** ☐ Not listed. Explain ____ | _ |
| 4.360 | **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.21** ☐ Not listed. Explain ____ | _ |

Debtor **Safeplay by Design, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.361 **Vernon Edwards Constructors, Inc.**<br>**3765 South Higuera Street, Suite 10**<br>**San Luis Obispo, CA 93401** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.362 **Vernon Edwards Constructors, Inc.**<br>**c/o T. Patrick Long, Esq.**<br>**Long & Delis**<br>**400 N. Tustin Ave., Ste. 370**<br>**Santa Ana, CA 92705** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.363 **Vernon Edwards Constructors, Inc.**<br>**3765 South Higuera Street, Suite 10**<br>**San Luis Obispo, CA 93401** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.364 **Vernon Edwards Constructors, Inc.**<br>**c/o T. Patrick Long, Esq.**<br>**Long & Delis**<br>**400 N. Tustin Ave., Ste. 370**<br>**Santa Ana, CA 92705** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.365 **Vernon Edwards Constructors, Inc.**<br>**3765 South Higuera Street, Suite 10**<br>**San Luis Obispo, CA 93401** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.366 **Vernon Edwards Constructors, Inc.**<br>**c/o T. Patrick Long, Esq.**<br>**Long & Delis**<br>**400 N. Tustin Ave., Ste. 370**<br>**Santa Ana, CA 92705** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.367 **Vernon Edwards Constructors, Inc.**<br>**c/o T. Patrick Long, Esq.**<br>**Long & Delis**<br>**400 N. Tustin Ave., Ste. 370**<br>**Santa Ana, CA 92705** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.368 **Vernon Edwards Constructors, Inc.**<br>**3765 South Higuera Street, Suite 10**<br>**San Luis Obispo, CA 93401** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.369 **Vernon Edwards Constructors, Inc.**<br>**3765 South Higuera Street, Suite 10**<br>**San Luis Obispo, CA 93401** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.370 **Vernon Edwards Constructors, Inc.**<br>**c/o T. Patrick Long, Esq.**<br>**Long & Delis**<br>**400 N. Tustin Ave., Ste. 370**<br>**Santa Ana, CA 92705** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.371 **Vernon Edwards Constructors, Inc.**<br>**3765 South Higuera Street, Suite 10**<br>**San Luis Obispo, CA 93401** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |

Debtor  **Safeplay by Design, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

4.372  **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line  **3.25**

☐   Not listed. Explain ____

_

---

4.373  **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line  **3.6**

☐   Not listed. Explain ____

_

---

4.374  **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line  **3.6**

☐   Not listed. Explain ____

_

---

4.375  **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line  **3.9**

☐   Not listed. Explain ____

_

---

4.376  **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line  **3.9**

☐   Not listed. Explain ____

_

---

4.377  **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line  **3.2**

☐   Not listed. Explain ____

_

---

4.378  **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line  **3.2**

☐   Not listed. Explain ____

_

---

4.379  **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line  **3.8**

☐   Not listed. Explain ____

_

---

4.380  **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line  **3.8**

☐   Not listed. Explain ____

_

---

4.381  **Vernon Edwards Constructors, Inc.**
**c/o T. Patrick Long, Esq.**
**Long & Delis**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, CA 92705**

Line  **3.26**

☐   Not listed. Explain ____

_

---

4.382  **Vernon Edwards Constructors, Inc.**
**3765 South Higuera Street, Suite 10**
**San Luis Obispo, CA 93401**

Line  **3.26**

☐   Not listed. Explain ____

_

---

Debtor  **Safeplay by Design, Inc.**
        Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.383 **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.1** ☐ Not listed. Explain ____ | __ |
| 4.384 **Vernon Edwards Constructors, Inc.** **3765 South Higuera Street, Suite 10** **San Luis Obispo, CA 93401** | Line **3.1** ☐ Not listed. Explain ____ | __ |
| 4.385 **Vernon Edwards Constructors, Inc.** **3765 South Higuera Street, Suite 10** **San Luis Obispo, CA 93401** | Line **3.20** ☐ Not listed. Explain ____ | __ |
| 4.386 **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.20** ☐ Not listed. Explain ____ | __ |
| 4.387 **Vernon Edwards Constructors, Inc.** **3765 South Higuera Street, Suite 10** **San Luis Obispo, CA 93401** | Line **3.29** ☐ Not listed. Explain ____ | __ |
| 4.388 **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.29** ☐ Not listed. Explain ____ | __ |
| 4.389 **Vernon Edwards Constructors, Inc.** **3765 South Higuera Street, Suite 10** **San Luis Obispo, CA 93401** | Line **3.27** ☐ Not listed. Explain ____ | __ |
| 4.390 **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.27** ☐ Not listed. Explain ____ | __ |
| 4.391 **Vernon Edwards Constructors, Inc.** **c/o T. Patrick Long, Esq.** **Long & Delis** **400 N. Tustin Ave., Ste. 370** **Santa Ana, CA 92705** | Line **3.14** ☐ Not listed. Explain ____ | __ |
| 4.392 **Vernon Edwards Constructors, Inc.** **3765 South Higuera Street, Suite 10** **San Luis Obispo, CA 93401** | Line **3.14** ☐ Not listed. Explain ____ | __ |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **0.00** |

Debtor    **Safeplay by Design, Inc.**
_____
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **0.00**

**Fill in this information to identify the case:**

Debtor name  **Safeplay by Design, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
　　　■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
　　　☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract _____ | _____ |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract _____ | _____ |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract _____ | _____ |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract _____ | _____ |

**Fill in this information to identify the case:**

Debtor name    **Safeplay by Design, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  See attachment | Street _____ <br><br> City        State      Zip Code | _____ | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> City        State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> City        State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> City        State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Cross-Complainant | | Party's Address | | Attorney(s) Info | | Attorney(s) Representing, Cont. | | Cross Reference to Schedule B |
|---|---|---|---|---|---|---|---|---|
| Cannon Corporation | | 1050 Southwood Drive<br>San Luis Obispo, CA 93401 | | Stephen B. Litchfield, Esq.<br>Michael B. McDonald, Esq.<br>**Litchfield Law PC**<br>220 Newport Center Drive, Suite 19<br>Newport Beach, CA 92660 | | | | |
| City of Pismo Beach | | 760 Mattie Road<br>Pismo Beach, CA 93449 | | Clayton U. Hall, Esq.<br>Jennifer J. Henderson, Esq.<br>Catherine A. Hall, Esq.<br>**Hall Hieatt Connely & Bowen LLP**<br>444 Higuera Street, Third Floor<br>San Luis Obispo, CA 93401 | | | | All personal injury lawsuits on<br>Schedule F, except 3.4 |
| Miracle Construction Company, Inc. | | 6114 La Salle Ave, #463<br>Oakland, CA 94611 | | Jeffrey M. Soll, Esq.<br>Robert B. Salley, Esq.<br>**Goldman, Magdalin & Krikes, LLP**<br>6300 Canoga Avenue, Suite 1400<br>Woodland Hills, CA 91367 | | Cassandra M. Angel, Esq.<br>Dylan R. Williams, Esq.<br>Christopher A. Nolin, Esq.<br>**GORDON-CREED, KELLEY,<br>HOLL, ANGEL & SUGERMAN, LLP**<br>50 California Street, 34th Floor<br>San Francisco, California 94111<br>**(Dominguez, Hayden, McCartney,<br>Rodman)** | | The following personal injury lawsuits<br>in Schedule F: 3.5, 3.10, 3.24,  3.26,<br>3.28 |
| RRM Design Group | | 3765 South Higuera Street, Suite 102<br>San Luis Obispo, CA 93401 | | Robert H. Stellwagen, Jr., Esq.<br>Christian M. Chung, Esq.<br>Nicholas R. Graham, Esq.<br>**COLLINS + COLLINS LLP**<br>790 E. Colorado Boulevard, Suite 600<br>Pasadena, CA 91101 | | | | All personal injury lawsuits on<br>Schedule F, except 3.4, 3.21, 3.26 |
| Robertson Industries, Inc. | | **Unknown**<br><br>**Possibly: 330 N Brand Blvd Ste 700<br>Glendale, CA 91203-2336 (CT<br>Corporation System)** | | Robert E. Davies, Esq.<br>Kayla C. Villa, Esq.<br>**Donahue Davies LLP**<br>P.O. Box 277010<br>Sacramento, CA 95827 | | | | All personal injury lawsuits on<br>Schedule F, except 3.4, 3.5, 3.10,<br>3.11, 3.19, 3.26 |
| Universal Precast Concrete, Inc. | | 16538 Clear Creek Road<br>Redding, CA 96001 | | Jeffrey M. Soll, Esq.<br>Robert B. Salley, Esq.<br>**Goldman, Magdalin & Krikes, LLP**<br>6300 Canoga Avenue, Suite 1400<br>Woodland Hills, CA 91367 | | Kenneth O. Taylor III, Esq.<br>Matt Tesfai, Esq.<br>**RESNICK & LOUIS, P.C.**<br>9891 Irvine Center Drive, Suite 200<br>Irvine, California 92618<br>**(Dominguez, Hayden, McCartney,<br>Rodman)** | | The following personal injury lawsuits<br>in Schedule F: 3.3 and 3.25 |
| UPC Parks | | 16538 Clear Creek Road<br>Redding, CA 96001 | | Jeffrey M. Soll, Esq.<br>Robert B. Salley, Esq.<br>Goldman, Magdalin & Krikes, LLP<br>6300 Canoga Avenue, Suite 1400<br>Woodland Hills, CA 91367 | | | | All personal injury lawsuits on<br>Schedule F, except 3.4, 3.5, 3.10, 3.26<br>and 3.29 |
| Vernon Edwards Constructors, Inc. | | 2045 Preisker Lane, Ste A<br>Santa Maria, CA 93454 | | T. Patrick Long, Esq.<br>John A. Delis, Esq.<br>**Long & Delis**<br>400 N. Tustin Ave., Ste. 370<br>Santa Ana, California 92705 | | | | All personal injury lawsuits on<br>Schedule F, except  3.4, 3.5, 3.11,<br>3.19, 3.26, 3.28 |

**Fill in this information to identify the case:**

Debtor name     **Safeplay by Design, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$170,491.00** |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$22,960.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Debtor | **Safeplay by Design, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Christopher Tait vs. Safeplay By Design, Inc 34-2021-00297795-CU-OE-GD S** | **Labor Dispute** | | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.2. | **Laurelwood Homeowners Association, et al vs. Safeplay By Design, Inc.** | **Refund Dispute** | | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.3. | **See attachment** | | | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

Debtor   **Safeplay by Design, Inc.**                                    Case number *(if known)* _____

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

   | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
   |---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

   | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
   |---|---|---|---|---|
   | 11.1. | **Law Offices of David A. Tilem**<br>**206 North Jackson Street,**<br>**Ste. 201**<br>**Glendale, CA 91206** | **Attorney fees excluding the filing fees** | **2/27/2023** | **$5,000.00** |
   | | **Email or website address**<br>DavidTilem@TilemLaw.com | | | |
   | | **Who made the payment, if not debtor?**<br>**Admiral Insurance Group** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

   | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
   |---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

   | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
   |---|---|---|---|

**Part 7:**   **Previous Locations**

| Debtor | **Safeplay by Design, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Safeplay by Design, Inc.**      Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Debtor  **Safeplay by Design, Inc.**                     Case number *(if known)*

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Collette Szymborski**<br>**307 Natoma Street**<br>**Folsom, CA 95630** | **Over 10 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Collette Szymborski**<br>**307 Natoma Street**<br>**Folsom, CA 95630** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **F&M Bank**<br>**121 W Pine St**<br>**Lodi, CA 95240** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sandra Jimenez | 9666 Sheldon Road<br>Elk Grove, CA 95624 | Secretary | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor  **Safeplay by Design, Inc.**                              Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| David Spease (Deceased) | 9666 Sheldon Road Elk Grove, CA 95624 | CEO and President, 100% interest | Since formation |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Karen Spease (Deceased) | 9666 Sheldon Road Elk Grove, CA 95624 | Vice President | Since formation |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April  6, 2023**

Signature of individual signing on behalf of the debtor          **Sandra Jimenez**
                                                                 Printed name

Position or relationship to debtor  **Secretary**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

| | Case Name | Case Number | Venue | Case Description | Full Caption |
|---|---|---|---|---|---|
| 1 | Aceves, Jessica v. Univeral Precast Concrete | 22CV-0281 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | JESSICA ACEVES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS, INC., a California corporation; SAFEPLAY BY DESIGN, INCORPORATED, a California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; MIRACLE PLAYSYSTEMS, INC. a California corporation; CANNON CORPORATION, a California corporation; CITY OF PISMO BEACH, a public entity; and DOES 4-50, inclusive,<br><br>Defendants. |
| 2 | Beard, Dan v. Universal Precast Concrete | 22CV-0374 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | DAN BEARD, an individual; DOROTHY BEARD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |
| 3 | Bravo, Nicole v. Universal Precast Concrete | 22CV-0373 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | NICOLE BRAVO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |
| 4 | Brinkerhoff, Peter v. Universal Precast Concrete | 21CV-0710 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | PETER BRINKERHOFF, an individual; ERIN BRINKERHOFF, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |

| 5 | Bundy, Emriss v. Universal Precast Concrete | 22CV-0532 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | EMRISS BUNDY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC, an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |
| 6 | Contreras, Carolina v. Universal Precast Concrete | 22CV-0666 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | CAROLINA CONTRERAS, an individual; JOHN MAAS, an individual;<br><br>Plaintiff (sic),<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; and DOES 1 to 50,<br><br>Defendants. |
| 7 | Dalrymple, Joshua v. Universal Precast Concrete | 22CV-0322 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | Joshua Dalrymple, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |
| 8 | Dennis, Nancy v. Universal Precast Concrete | 22CV-0268 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | NANCY DENNIS, an individual; KEVIN DENNIS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |

| | | | | |
|---|---|---|---|---|
| 9 | Diaz, Valeria v. Universal Precast Concrete | 21CV-0701 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | VALERIA PINON DIAZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |
| 10 | Dominguez, Eli v. Universal Precast Concrete | 20CV-0616 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | ELI MENDEZ DOMINGUEZ, a minor, by and through his guardian ad litem DENISE DOMINGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC.; RRM DESIGN GROUP, a California Corporation; VERNON EDWARDS CONSTRUCTORS, INC.; SAFEPLAY BY DESIGN, INC.; CITY OF PISMO BEACH; MIRACLE PLAY SYSTEMS, INC.; CANNON CORPORATION; and DOES 1 to 50,<br><br>Defendants. |
| 11 | Evanston Insurance Company v. Safeplay by Design, Inc. | 2:22-cv-08325-FLA-AS | United States District Court<br><br>Central District of California | This is a declaratory relief case arising from an insurance coverage dispute under two insurance policies issued to Safeplay By Design, Inc. | EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAFEPLAY BY DESIGN, INC., a California Corporation; ERIN BRINKERHOFF, an individual; PETER BRINKERHOFF, an individual; EMRISS BUNDY, an individual; VALERIA PINON DIAZ, an individual; E.M.D an individual ; JESSICA FRANZEN, an individual; KURTIS FRANZEN, an individual; KARLEE HAYDEN, an individual; JENNIFER HUERTA, an individual; CLINTON MCCARTNEY, an individual; JESSICA MCCARTNEY, an individual· TARA RODMAN, an individual; and Does 1-50,<br><br>Defendants. |
| 12 | Franzen, Jessica v. Univeral Precast Concrete | 22CV-0061 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | JESSICA FRANZEN, an individual; KURTIS FRANZEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |

| 13 | Garcia, Monica v. Universal Precast Concrete | 22CV-0296 | Superior Court of the State of California  County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | MONICA RENE GARCIA, an individual; Plaintiff,  vs.  CITY OF PISMO BEACH, a government entity; and DOES 1 to 50, Inclusive  Defendants.  **(Safeplay is named as Cross-Defendants by the City of Pismo Beach, Robertson Industries, and Vernon Edwards Constructors)** |
| --- | --- | --- | --- | --- | --- |
| 14 | Gonzalez, Jessica v. Universal Precast Concrete | 22CV-0204 | Superior Court of the State of California  County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | JESSICA GONZALEZ, an individual; JESUS GONZALEZ, an individual,  Plaintiffs,  vs.  UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,  Defendants. |
| 15 | Gutierrez, Antonette v. Universal Precast Concrete | 22CV-0439 | Superior Court of the State of California  County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | ANTONETTE GUTIERREZ, an individual,  Plaintiff,  vs.  UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,  Defendants. |
| 16 | Hayden, Karlee v. Universal Precast Concrete | 21CV-0325 | Superior Court of the State of California  County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | KARLEE HAYDEN, an individual,  Plaintiff,  vs.  UNIVERSAL PRECAST CONCRETE, INC.; RRM DESIGN GROUP, a California Corporation; VERNON EDWARDS CONSTRUCTORS INC.; CITY OF PISMO BEACH; and DOES 1 to 50,  Defendant.  **(Safeplay is named as Cross-Defendants by the City of Pismo Beach and RRM Design Group)** |

| 17 | Huerta, Jennifer v. Universal Precast Concrete | 22CV-0062 | Superior Court of the State of California  County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | JENNIFER HUERTA, an individual,  Plaintiff,  vs  UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,  Defendants |
| --- | --- | --- | --- | --- | --- |
| 18 | McCartney, Clinton v. Universal Precast Concrete | 20CV-0576 | Superior Court of the State of California  County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | CLINTON McCARTNEY an individual; and JESSICA McCARTNEY, an individual,  Plaintiffs,  vs.  UNITED PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS, INC., a California corporation; SAFEPLAY BY DESIGN, INCORPORATED, a California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; MIRACLE PLAYSYSTEMS, INC. a California corporation; CANNON CORPORATION, a California corporation; CITY OF PISMO BEACH, a public entity; and DOES 4-50, inclusive,  Defendants. |
| 19 | Perez, Sophia v. Universal Precast Concrete | 22CV-0358 | Superior Court of the State of California  County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | SOPHIA PEREZ, a minor, by and through her Guardian ad Litem, BEATRIZ PEREZ  Plaintiff,  vs.  UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS, INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,  Defendants. |
| 20 | Peters, Cynthia v. Universal Precast Concrete | 22CV-0125 | San Luis Superior Court of the State of California  County of San Luis Obispois Obispo - Civil | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | CYNTHIA PETERS, an individual,  Plaintiff,  vs.  UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,  Defendants. |

| | | | | |
|---|---|---|---|---|
| 21 | Pourghassamians, Debbie v. Universal Precast Concrete | 22CV-0128 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | DEBBIE POURGHASSAMIANS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |
| 22 | Ramirez, Anna v. Universal Precast Concrete | 22CV-0323 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | Anna Ramirez, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |
| 23 | Razo, Davina v. Universal Precast Concrete | 22CV-0280 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | DAVINA RAZO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS, INC., a California corporation; SAFEPLAY BY DESIGN, INCORPORATED, a California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; MIRACLE PLAYSYSTEMS, INC. a California corporation; CANNON CORPORATION, a California corporation; CITY OF PISMO BEACH, a public entity; and DOES 4-50, inclusive,<br><br>Defendants. |
| 24 | Rodman, Tara v. Universal Precast Concrete | 21CV-0324 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | TARA RODMAN, an individual,<br><br>Plaintiff,<br><br>vs<br>.<br><br>UNIVERSAL PRECAST CONCRETE, INC.; RRM DESIGN GROUP, a California Corporation; VERNON EDWARDS CONSTRUCTORS INC.; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendant.<br><br>**(Safeplay is named as Cross-Defendants by City of Pismo Beach and Miracle)** |

| | | | | | |
|---|---|---|---|---|---|
| 25 | Rodriguez, Andrew v. Universal Precast Concrete | 22CV-0208 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | ANDREW RODRIGUEZ, a minor, by and through his Guardian ad Litem, ESTELA VALENCIA<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |
| 26 | Siciliano, Kriss v. Universal Precast Concrete | 22CV-0126 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | KRISS SICILIANO, an individual; TERRY SICILIANO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |
| 27 | Silkwood, Yolanda v. Universal Precast Concrete | 22CV-0630 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | YOLANDA SILKWOOD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; and DOES 1 to 50,<br><br>Defendants. |
| 28 | Travelers Property Casualty Company of America, et al v. The City of Pismo Beach | 22CV-0620 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a declaratory relief case arising from a dispute that Safeplay must indemnify Vernon Edwards and the City of Pismo Beach. | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation;<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF PISMO BEACH, a public entity, MIRACLE PLAYSYSTEMS INCORPORATED, a California Corporation; SAFEPLAY BY DESIGN, INC., a California Corporation; ROBERTSON INDUSTRIES, an Arizona corporation; EVANSTON INSURANCE COMPANY, an Illinois Corporation; RSUI Indemnity Company, a New Hampshire corporation; and DOES 1 through 100 inclusive,<br><br>Defendants.<br><br>**(Safeplay is being dismissed from this case)** |

| | | | | | JENNIFER VELA, an individual; GERARDO VELA, an individual, |
|---|---|---|---|---|---|
| 29 | Vela, Jennifer v. Universal Precast Concrete | 22CV-0205 | Superior Court of the State of California<br><br>County of San Luis Obispo | This is a bodily injury tort case deriving from the plaintiff using the Pismo Beach Slides regarding which Safeplay allegedly performed an inspection. | Plaintiffs,<br><br>vs.<br><br>UNIVERSAL PRECAST CONCRETE, INC., a California corporation; RRM DESIGN GROUP, a California corporation; VERNON EDWARDS CONSTRUCTORS INC., a California corporation; SAFEPLAY BY DESIGN, INC., a California corporation; MIRACLE PLAYSYSTEMS INCORPORATED, A California corporation; ROBERTSON INDUSTRIES, INC., an Arizona corporation; CITY OF PISMO BEACH; and DOES 1 to 50,<br><br>Defendants. |

| San Luis Obispo Superior Court - Civil Branch Address | Physical Address | Mailing Address |
|---|---|---|
| | 1050 Monterey Street<br>San Luis Obispo, CA | 1035 Palm St., Rm. 385,<br>San Luis Obispo, CA 93408 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   **Safeplay by Design, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,335.00 |
| Prior to the filing of this statement I have received | $ | 5,335.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **See retainer agreement.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **See retainer agreement.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 22, 2023**
_Date_

_David A. Tilem_
_Signature of Attorney_
**David A. Tilem**
**Law Offices of David A. Tilem**
**206 North Jackson Street, Ste. 201**
**Glendale, CA 91206**
**818-507-6000  Fax: 818-507-6800**
**DavidTilem@TilemLaw.com**
_Name of law firm_

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re )
    **Safeplay by Design, Inc.** )
)
)    Case No.
)
)
_____ )

**VERIFICATION OF MASTER ADDRESS LIST**

    I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

    I (we) acknowledge the following:

-  Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

-  The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

-  The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:     **April 6, 2023**
                                           Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/20/17)

.

Andrew Rodriguez
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Andrew Rodriguez
c/o Estela Valencia
717 Kelly Ct., # B
Nipomo, CA 93444


Anna Ramirez
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Anna Ramirez
5718 Cherry Court
Visalia, CA 93277


Antonette Gutierrez
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Antonette Gutierrez
842 Via Berros Rd
Arroyo Grande, CA 93420


Cannon Corporation
1050 Southwood Drive
San Luis Obispo, CA 93401


Cannon Corporation
c/o Stephen B. Litchfield, Esq.
Litchfield Law PC
220 Newport Center Drive, Suite 19
Newport Beach, CA 92660


Carolina Contreras
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444

```
City of Pismo Beach
760 Mattie Road
Pismo Beach, CA 93449


City of Pismo Beach
c/o Clayton U. Hall, Esq.
Hall Hieatt Connely & Bowen LLP
444 Higuera Street, Third Floor
San Luis Obispo, CA 93401


City of Pismo Beach
c/o Robert V. Closson, Esq.
5030 Camino de la Siesta, Suite 300
San Diego, CA 92108


Clinton & Jessica McCartney
c/o Timothy J. Gonzales, Esq.
BROCK & GONZALES, LLP
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045


Clinton & Jessica McCartney
3622 Cambria Court
Thousand Oaks, CA 91360


Cynthia Peters
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Cynthia Peters
1000 E. Grand Ave, SPC U
Arroyo Grande, CA 93420


Dan Beard and Dorothy Beard
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Dan Beard and Dorothy Beard
3883 Duncan Ave
Clovis, CA 93619
```

Davina Razo
c/o Lee A. Cirsch, Esq.
BROCK & GONZALES, LLP
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045


Debbie Pourghassamians
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Debbie Pourghassamians
6513 Day Street
Tujunga, CA 91042


E.M.D.
1890 Sequoia Drive
Santa Maria, CA 93454


E.M.D.
c/o Tyrone J. Maho , Esq.
MAHO & PRENTICE, LLP
629 State Street, Suite 217
Santa Barbara, CA 93101


Eli Mendez Dominguez
c/o Tyrone J. Maho , Esq.
MAHO & PRENTICE, LLP
629 State Street, Suite 217
Santa Barbara, CA 93101


Eli Mendez Dominguez
c/o Denise Dominguez
1890 Sequoia Drive
Santa Maria, CA 93454


Eli Mendez Dominguez
c/o Dustin Thordarson , Esq.
AlderLaw
12800 Riverside Drive, 2nd Floor
Sherman Oaks, CA 91607

Emriss Bundy
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Emriss Bundy
112A West Camino Colegio
Santa Maria, CA 93458


Erin Brinkerhoff
4300 Lynnhurst Circle
Santa Maria, CA 93455


Evanston Insurance Company
c/o Peter J Whalen, Esq.
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, CA 94111


Evanston Insurance Company
102 W Higgins Rd, Ste 750
Des Plaines, IL 60018


Evanston Insurance Company
c/o Joshua D. Mountain, Esq.
TRESSLER LLP
2 Park Plaza, Suite 1050
Irvine, CA 92614


Jennifer Huerta
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Jennifer Huerta
110 Quandt Place, B
Lemoore, CA 93245


Jennifer Vela
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444

Jennifer Vela
574 North Maurer St
Porterville, CA 93257


Jessica Aceves
c/o Lee A. Cirsch, Esq.
BROCK & GONZALES, LLP
6701 Center Drive West, Ste. 610
Los Angeles, CA 90045


Jessica Aceves
16538 Clear Creek Road
Redding, CA 96001


Jessica Franzen and Kurtis Franzen
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Jessica Franzen and Kurtis Franzen
2575 S Willow Ave, Spc 119
Fresno, CA 93725


Jessica Gonzalez and Jesus Gonzalez
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Jessica Gonzalez and Jesus Gonzalez
11718 Sagebrush Ave
Bakersfield, CA 93312


Joshua Dalrymple
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Joshua Dalrymple
336 Benson Rd

Port Angeles

Port Angeles, WA 98363

Karlee Hayden
715 Taylor St
Taft, CA 93268


Kriss Siciliano & Terry Siciliano
3317 Waco Ave
Simi Valley, CA 93063


Kriss Siciliano and Terry Siciliano
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Landmark American Insurance Company
2710 Gateway Oaks Dr, Ste 150N
Sacramento, CA 95833


Landmark American Insurance Company
c/o David A. Tartaglia, Esq.
MUSICK, PEELER & GARRETT LLP
624 Sound Grand Avenue, Suite 2000
Los Angeles, CA 90017


Miracle Playsystems Incorporated
6114 La Salle Ave, #463

Oakland, CA 94611

Miracle Playsystems Incorporated
c/o Jeffrey M. Soll, Esq.
Goldman, Magdalin & Krikes, LLP
6300 Canoga Avenue, Suite 1400
Woodland Hills, CA 91367


Miracle Playsystems Incorporated
c/o Cassandra M. Angel, Esq.
GORDON-CREED, KELLEY
50 California Street, 34th Floor
San Francisco, CA 94111


Monica Garcia
c/o Bradley S. Wallace, Esq.
THE WALLACE FIRM, PC.
16000 Ventura Blvd., Suite 440
Encino, CA 91436

Monica Garcia
c/o Jubin J. Niamehr, Esq.
JACOBY & MEYERS ATTORNEYS LLP
10900 Wilshire Boulevard, Floor 15
Los Angeles, CA 90024


Nancy Dennis and Kevin Dennis
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Nancy Dennis and Kevin Dennis
4964 Mise Avenue
San Jose, CA 95124


Nancy Dennis and Kevin Dennis
4965 Mise Avenue
San Jose, CA 95124


Nicole Bravo
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Nicole Bravo
2700 Cienaga #43
Oceano, CA 93445


Peter & Erin Brinkerhoff
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Peter & Erin Brinkerhoff
4300 Lynnhurst Circle
Oceano, CA 93445


Robertson Industries, Inc.
c/o CT Corporation
330 N Brand Blvd Ste 700
Glendale, CA 91203

Robertson Industries, Inc.
c/o Robert E. Davies, Esq.
Donahue Davies LLP
P.O. Box 277010
Sacramento, CA 95827


RRM Design Group
3765 South Higuera Street, Suite 10
San Luis Obispo, CA 93401


RRM Design Group
c/o Robert H. Stellwagen, Jr., Esq.
COLLINS + COLLINS LLP
790 E. Colorado Boulevard, Suite 60
Pasadena, CA 91101


Sophia Perez
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Sophia Perez
c/o Beatriz Perez
1010 Robert Lane
Santa Maria, CA 93458


Tara Rodman
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Tara Rodman
120 Filmore St., Apt A
Taft, CA 93268


Travelers Property Casualty Company
A. Eric Aguilera, Esq.
The Aguilera Law Group, APLC
236046 Avenida De La Carlota, Suite
Laguna Hills, CA 92653

Universal Precast Concrete, Inc.
c/o Jeffrey M. Soll, Esq.
Goldman, Magdalin & Krikes, LLP
6300 Canoga Avenue, Suite 1400
Woodland Hills, CA 91367


Universal Precast Concrete, Inc.
16538 Clear Creek Road
Redding, CA 96001


Universal Precast Concrete, Inc.
c/o Kenneth O. Taylor III, Esq.
RESNICK & LOUIS, P.C.
9891 Irvine Center Drive, Suite 200
Irvine, CA 92618


Valeria Pinon Diaz
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444


Valeria Pinon Diaz
3405 E. Webb Ave.
North Las Vegas, NV 89030


Vernon Edwards Constructors, Inc.
3765 South Higuera Street, Suite 10
San Luis Obispo, CA 93401


Vernon Edwards Constructors, Inc.
c/o T. Patrick Long, Esq.
Long & Delis
400 N. Tustin Ave., Ste. 370
Santa Ana, CA 92705


Yolanda Silkwood
c/o Jacqueline Vitti Frederick, Esq
FREDERICK LAW FIRM, A LAW CORP
267 West Tefft Street
Nipomo, CA 93444

# United States Bankruptcy Court
## Eastern District of California

In re   **Safeplay by Design, Inc.** _____

_____ Debtor(s)

Case No. _____
Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Safeplay by Design, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 22, 2023** _____
Date

_____
**David A. Tilem**
Signature of Attorney or Litigant
Counsel for   **Safeplay by Design, Inc.**
**Law Offices of David A. Tilem**
**206 North Jackson Street, Ste. 201**
**Glendale, CA 91206**
**818-507-6000 Fax:818-507-6800**
**DavidTilem@TilemLaw.com**